## Carrie Bell Munn *v.* Borough of Sharon, Appellant.

Argued May 11, 1897. Appeal, No. 53, April T., 1897, by defendant, from judgment of C. P. Mercer Co., Jan. T., 1895, No. 21, on verdict for plaintiff. Before RICE, P. J., WILLARD, WICKHAM, BEAVER and ORLADY, JJ. Reversed.

Petition for the appointment of viewers to assess damages for the change of grade and taking of land. Before MILLER, P. J.

Verdict and judgment for plaintiff for $211.82. Defendant appealed.

OPINION BY RICE, P. J., July 23, 1897 :

This case is ruled by our decision in Higgins v. Sharon Borough. For the reasons there given the judgment is reversed and a venire facias de novo is awarded.